# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Joseph Eric Resz II, A.K.A J90
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

COII, Balwin
COI, Hershey   COIII, Levi Ozanich
COI, Frenztl
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joseph Eric Resz II
All other names by which you have been known: A.K.A - JoJo / miss. Resz
ID Number: #1244937
Current Institution: E.R.D.C.C
Address: 2727 Highway-K
Bonne Terre, MO 63628
City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: COII, Balwin
Job or Title (if known): Correctional security officer
Shield Number: N/A
Employer: Missouri Department of Corrections
Address: J.C.C.C 8200 no more victims rd
Jefferson City, MO 65101
City, State, Zip Code
☑ Individual capacity  ☐ Official capacity

Defendant No. 2
Name: COI, Hershey
Job or Title (if known): Correctional security officer
Shield Number: N/A
Employer: Missouri Department of Corrections
Address: J.C.C.C 8200 no more victims rd
Jefferson City, MO 65101
City, State, Zip Code
☑ Individual capacity  ☐ Official capacity

Defendant No. 3
    Name: COI, Frenzel
    Job or Title (if known): Correctional security officer
    Shield Number: N/A
    Employer: missouri department of corrections
    Address: J.C.C.C 8200 no more victims rd
    Jefferson City, MO 65101

    [X] Individual capacity   [ ] Official capacity

Defendant No. 4
    Name: COIII, Levi Ozanich
    Job or Title (if known): Correctional security officer
    Shield Number: N/A
    Employer: missouri department of corrections
    Address: J.C.C.C 8200 no more victims rd
    Jefferson City, MO 65101

    [X] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Excessive use of force under the 8th Amendment cruel and unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Exhibit #1
Exhibit #2   Exhibit #4
Exhibit #3   Exhibit #5   See Attached Exhibits #1-to-#5

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Exhibits #1, #2, #3, #4, #5

Jefferson City Correctional Center    Housing unit #3
8200 No more Victims Road              A-wing
Jefferson City, MO 65101               September 2, 2021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 2, 2021 Housing unit #3 A-wing
Approximately at or between ~~9:00~~ 12:00pm to 1:30pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Exhibits #1, #2, #3, #4, #5
I am Transgender was assaulted by correctional officers while in there custody.
Exhibits explain situation in full detail
Witnesses: Caseworker Esalki HU-3, OSA Mrs. Jones HU-3
Camera Footage will be submitted because its a use of force
witness: Mario Ayuso (O.P.S) Investigator

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Both my Eyes were black the right one was swollen shut. Bleeding from my nose. Bruising to the back of my left shoulder. Swelling to the top of my left shoulder. An abrasion to the top of my head. Swelling to the right side of my face. I continue to have chronic pain.
Photos will be submitted and on file in offender medical records, and X-ray submitted.
As well as photos from Investigator Mario Ayuso (O.P.S)

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$20,000 from each Defendant et al., Compensatory damages

$250,000 For Punitive damages, which also leads to Typical hardship as well.

NOTE: Plaintiff would like a Jury Trial concerning these issues.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jefferson City correctional center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

As stated in previous section of the "5" Claims Exhibits Excessive use of force by correctional officers By being kneed in the face, choked and my head being slammed into the wall.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Jefferson City correctional center. 8200 no more victims rd Jefferson City, MO 65101

2. What did you claim in your grievance?

   Excessive force by correctional officers By being choked, kneed in the face and head slammed into the wall.

3. What was the result, if any?

   I was told it is a personnel matter and I would not be apprised, of any action taked. See Exhibit #6 and #6.2 Grievance appeal and Grievance appeal Response.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I have Appealed as far as I'm able to. See Exhibits #6 and #6.2 Grievance appeal and Response

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *I have exhausted my remedies See Exhibits #6 and #6.2*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Joseph Eric Resz II
   Defendant(s) Balwin et al., CO II Balwin, COI Hershey, COI Frenzel, COII Ozenien

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court for the Western District of Missouri, Central Division

3. Docket or index number
   # 22-4015-CV-C-NKL-P

4. Name of Judge assigned to your case
   Nanette K. Laughrey

5. Approximate date of filing lawsuit
   Filed on 2-1-22

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. 3-23-2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case was Dismissed without prejudice for Failure to exhaust Administrative remedies

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-16-22

Signature of Plaintiff: Joseph E Resz II / A.K.A - JoJo / miss, Resz
Printed Name of Plaintiff: Joseph E Resz II / A.K.A - JoJo / miss, Resz
Prison Identification #: #1244937
Prison Address: ERDCC 2727 Hwy-K
Bonne Terre, MO 63628

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____